# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ESTEVAN AVILA, | NO. EDCV 18-0060-AB (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES ROBERTSON, Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 10/8/2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE